IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROSEMARY BASCOMB** | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil Action No. 1:09cv334-HSO-JMR |
| | § | |
| **EARL GRIMES, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED**, this the 15th day of February, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE